IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 47, LOCAL 2186, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, et al., Defendants. | : : | No. 13-502 |

## ORDER

**AND NOW**, this **19th** day of **June**, **2013**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's response thereto, and for the reasons stated in the Court's Memorandum dated June 19, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **DENIED** as to Defendant City of Philadelphia.

2. The motion is **GRANTED** as to Defendants Mayor Michael A. Nutter, Albert L. D'Attilio, and the Philadelphia Civil Service Commission.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**